IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEONI PAYTON, | ) | CV. NO. 15-00238 SOM-KSC |
| | ) | |
| Plaintiff, | ) | ORDER APPOINTING PRO BONO |
| | ) | COUNSEL |
| vs. | ) | |
| | ) | |
| DEFEND, INC.; MICHAEL BUNTENBAH;, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER APPOINTING PRO BONO COUNSEL**

The Civil Pro Bono Panel has referred this case to the law firm of Goodsill Anderson Quinn & Stifel, LLLP, which has accepted such appointment and notified the court that Brett Tobin has agreed to represent Plaintiff. Although the original agreement related to representing Plaintiff at a settlement conference, Mr. Tobin on July 28, 2017, agreed to expand that representation to cover the pending motion for partial summary judgment and motion for sanctions. Pursuant to Rule 3(E) of the Rules for Civil Pro Bono Panel for the District of Hawaii, Brett Tobin is appointed as pro bono counsel for Plaintiff for the specific purpose of assisting Plaintiff with responding to and arguing those motions, and with preparing for and participating in a settlement conference scheduled for September 14, 2017, at 2:15 p.m. Preparation for the settlement conference includes preparation of a settlement conference statement, and participation in the conference includes participation in any

continued settlement conference session if several sessions end up being scheduled.

The motions are scheduled for oral argument on August 28, 2017, at 10:30 a.m.  However, because pro bono counsel is taking on the motion a month before that hearing date, this court will move the hearing to a later date.  The court asks the attorneys to discuss an alternate date with each other and the courtroom manager (Toni Fujinaga, 541-1297) and to inform the court no later than August 7, 2017, what date they have agreed on.  If the new date is on or after September 14, the court will reschedule the settlement conference for a date after the new hearing date.

So that no new deadlines or schedules will be set and no new court action will occur in this case while matters are being rescheduled, this court directs the Clerk of Court to administratively close this action pending the setting of a new hearing date on the two motions.  The case should be automatically reopened on August 7, 2017.

This order shall be served on counsel for all parties as well as on Plaintiff personally.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 31, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Payton v. Defend, In., et al., CV. NO. 15 00238 SOM KSC, ORDER APPOINTING PRO BONO COUNSEL